An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE ESTATE OF
WALTER SAMASZKO, JR., DECEASED

No. 64419

_____

VASIL FLORESKUL,
Appellant,
vs.
ALAN GLOVER, ADMINISTRATOR OF
THE ESTATE OF WALTER
SAMASZKO, JR., DECEASED; AND
ARLENE MAGDANZ, HEIR,
Respondent.

**FILED**

DEC 1 6 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On July 17, 2014, this court entered an order granting appellant's counsel permission to withdraw. The order also directed appellant to either obtain new counsel and cause counsel to enter an appearance in this court or to inform this court that he will be proceeding as a pro se litigant by September 15, 2014. Because appellant failed to respond to that order, this court entered a second order on October 15, 2014, directing appellant to comply with the July 17, 2014, order or to otherwise inform this court of the status of this appeal within 30 days of the October 15, 2014, order. This court's October 15, 2014, order cautioned appellant that his failure to timely comply may result in the dismissal of this appeal as abandoned. Nevertheless, to date, appellant

SUPREME COURT
OF
NEVADA

(O) 1947A

14-40915

has not complied with this court's orders of July 17, 2014, and October 15, 2014. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry


cc: Hon. James E. Wilson, District Judge
J. Douglas Clark, Settlement Judge
Vasil Floreskul
Allison, MacKenzie, Pavlakis, Wright & Fagan, Ltd.
Avansino Melarkey Knobel McMullen & Mulligan
Carson City Clerk